Jeffrey A. Shooman
FORD HARRISON LLP
300 Connell Drive, Suite 4100
Berkeley Heights, New Jersey 07922
Telephone: (973) 646-7300
Email: jshooman@fordharrison.com

Sarah P. Wimberly (*pro hac vice application pending*)
Patrick H. Ouzts (*pro hac vice application pending*)
FORD HARRISON LLP
271 17th Street NW, Suite 1900
Atlanta, Georgia 30363
Telephone: (404) 888-3800
Email: swimberly@fordharrison.com; pouzts@fordharrison.com

*Attorneys for United Airlines, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDRA ZUZUNAGA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 2:18-cv-14173 (JLL) (JAD)<br><br>**UNITED AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 7.1, Defendant United Airlines, Inc. ("United"), through its attorneys FordHarrison LLP, states and discloses that United is a wholly owned subsidiary of United Continental Holdings, Inc., which is a publicly traded corporation (NASDAQ: UAL).

Dated:	November 2, 2018

                                              Respectfully submitted,

                                              By: s/ *Jeffrey A. Shooman*
                                              Jeffrey A. Shooman

## **CERTIFICATION REGARDING FILING AND SERVICE**

The undersigned hereby certifies a copy of this pleading was filed and served within the time permitted by the Federal Rules of Civil Procedure. The undersigned further certifies on November 2, 2018, the foregoing pleading was served upon all parties via ECF electronic filing.

Dated: November 2, 2018

/s/ *Jeffrey A. Shooman*
Jeffrey A. Shooman

WSACTIVELLP:10107795.2