# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

FEDRA ZUZUNAGA,

Plaintiff,

v.

UNITED AIRLINES, INC.,

Defendant.

*Electronically Filed*

Case No. 2:18-cv-14173 (JLL) (JAD)

[~~PROPOSED~~] **CONSENT ORDER GRANTING *PRO HAC VICE* ADMISSION TO SARAH P. WIMBERLY AND PATRICK H. OUZTS**

**THIS MATTER** having been brought before the Court by Defendant United Airlines, Inc. ("United"), by and through its attorneys, Ford Harrison LLP, for the entry of an Order admitting Sarah P. Wimberly, Esq. and Patrick H. Ouzts, Esq. as counsel *pro hac vice* pursuant to Local Civil Rule 101.1(c); and the Court having considered the Declarations of Jeffrey A. Shooman, Esq., Sarah P. Wimberly, Esq., and Patrick H. Ouzts; and all counsel of record having consented to this application; and for good cause shown;

IT IS on this _____5th_____ day of _____November_____, 2018, hereby

**ORDERED** that United's application is granted, and Sarah P. Wimberly, Esq. and Patrick H. Ouzts, Esq. are hereby admitted to practice *pro hac vice* before this

Court pursuant to Local Civil Rule 101.1(c), for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Sarah P. Wimberly, Esq. and Patrick H. Ouzts, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Sarah P. Wimberly, Esq. and Patrick H. Ouzts, Esq. shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that Sarah P. Wimberly, Esq. and Patrick H. Ouzts, Esq. shall make payment of $150.00 each to the Clerk, United States District Court, as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney-at-law of this Court employed by the Firm of Ford Harrison, who shall be responsible for said papers and for the conduct of Sarah P. Wimberly, Esq. and Patrick H. Ouzts, Esq.

IT IS SO ORDERED.

HON. JOSEPH A. DICKSON, U.S.M.J.

WSACTIVELLP:10110679.1