UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDRA ZUZUNAGA<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED AIRLINES, INC.<br><br>Defendant(s) | REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION<br><br>Civil Action No. 2:18-cv-14173 (JLL) (JAD) |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Sarah P. Wimberly

Address: Ford Harrison LLP

271 - 17th Street, NW

Suite 1900

Atlanta, GA 30363

E-mail: swimberly@fordharrison.com
(One email address only)