UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

FEDRA ZUZUNAGA

        Plaintiff(s),

v.

UNITED AIRLINES, INC.

        Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:18-cv-14173 (JLL) (JAD)

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Patrick H. Ouzts

Address: Ford Harrison LLP

271 - 17th Street, NW

Suite 1900

Atlanta, GA 30363

E-mail: pouzts@fordharrison.com
(One email address only)