UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDRA ZUZUNAGA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.<br><br>Defendant. | Civil Action No.  2:18-cv-14173(JLL)(JAD)<br><br>ORDER |

This matter having come before the Court on the motion of Cleary, Josem & Trigiani LLP ("the Movant"), attorneys for Plaintiff Fedra Zuzunaga, for the pro hac vice admission of Kimberley C. Weber, Esq. pursuant to L. Civ. R. 101.1; and the Court having considered the submissions in support of the motion, which reflect that Kimberley C. Weber, Esq. satisfies the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; and there being no opposition to this motion; and for good cause shown,

**IT IS ON THIS 19th day of November, 2018**

**ORDERED** that the application for the pro hac vice admission of Kimberley C. Weber, Esq. (ECF No. 8) is granted; and it is further

**ORDERED** that Kimberley C. Weber, Esq., a member in good standing of the Bar of the State of California be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that Kimberley C. Weber, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting her standing at the bar of any court; and it is further

**ORDERED** that Kimberley C. Weber, Esq. is deemed to consent to the appointment of

the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from her participation in this matter; and it is further

**ORDERED** that the Movant shall (a) be attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Kimberley C. Weber, Esq.; (c) sign (or arrange for an attorney admitted to practice in the United States District Court for the District of New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of the cause and Kimberley C. Weber, Esq. in this matter; and it is further

**ORDERED** that Kimberley C. Weber, Esq. shall make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made, for each calendar year in which she continues to represent Plaintiff before this Court; and it is further

**ORDERED** that, if she has not already done so in connection with this action, Kimberley C. Weber, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Kimberley C. Weber, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

_____
Hon. Joseph A. Dickson, U.S.M.J.